**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; and IMAGE-BASED SURGICENTER CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> THE BRIGHAM AND WOMEN'S HOSPITAL, INC.; BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC.; PARTNERS HEALTHCARE SYSTEM, INC.; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendants. | Civil Action No. 12-11275-RGS |

# APPENDIX OF AFFIDAVITS IN SUPPORT OF DEFENDANTS' MOTION TO STAY THIS CASE PENDING <u>RESOLUTION OF RELATED MANUFACTURER CASES</u>

# <u>TABLE OF CONTENTS</u>

<u>Tab No.</u>

Declaration of Stuart M. Hooten on behalf of BW ................................... 1

Declaration of  Stuart M. Hooten on behalf of BW Physicians ............... 2

Declaration of Kevin S. Schlicke .............................................................. 3

Declaration of Jae Lee ............................................................................... 4

Declaration of  Brian J. McIntosh ............................................................ 5

Declaration of James J. Ferriter, Jr. ......................................................... 6

Declaration of Michael Rohan .................................................................. 7

Declaration of Daniel Z. Silverstone......................................................... 8

Declaration of Margaret Houghton .......................................................... 9

Declaration of David Connolly ............................................................... 10

Declaration of Kathleen M. Buckley  ..................................................... 11

## Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as unregistered participants on October 29, 2012.

/s/ David E. Cole

1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; and IMAGE-BASED SURGICENTER CORPORATION, )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE BRIGHAM AND WOMEN'S HOSPITAL, INC.; BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC.; PARTNERS HEALTHCARE SYSTEM, INC.; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, )<br><br>Defendants. ) | Civil Action No. 12-11275-RGS |

## <u>DECLARATION OF STUART M. HOOTON</u>

I, Stuart M. Hooton, declare and state as follows:

1.      I am the Administrative Director of MRI at Brigham and Women's Hospital, and am responsible for the overall administrative operation of the MRI department.   I make this affidavit in support of the motion by defendant Brigham and Women's Hospital, Inc. ("BW") and other defendants to stay this case.  I base this affidavit on my personal knowledge unless otherwise stated.

2.      BW is a non-profit corporation organized under the laws of Massachusetts.

3.      BW owns or operates fifteen magnetic resonance imaging ("MRI") machines. Nine of these were manufactured by Siemens Medical Solutions USA, Inc.  Six were manufactured by General Electric Co. ("GE").  Of the six GE MRI machines, one was

deactivated in March 2011 and the other in May 2011, and are no longer used.  BW also owns and/or uses a BrainLab workstation.

4.      The software used on or with the GE MRI machines and BrainLab workstation for diffusion tensor imaging, high-angular-resolution diffusion imaging, or q-ball consists of Slicer, 3D Slicer, and BrainLab software.

5.      I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 15, 2012.

Stuart M. Hooton
Administrative Director, BW MRI

B4054674v1

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; and IMAGE-BASED SURGICENTER CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> THE BRIGHAM AND WOMEN'S HOSPITAL, INC.; BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC.; PARTNERS HEALTHCARE SYSTEM, INC.; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendants. | Civil Action No. 12-11275-RGS |

## DECLARATION OF STUART M. HOOTON

I, Stuart M. Hooton, declare and state as follows:

1.      I am the Administrative Director of MRI at Brigham and Women's Hospital, and am responsible for the overall administrative operation of the MRI department.   I make this affidavit in support of the motion by defendant Brigham and Women's Physicians Organization, Inc. ("BW Physicians") and other defendants to stay this case.   I base this affidavit on my personal knowledge unless otherwise stated.

2.      BW Physicians is a non-profit corporation organized under the laws of Massachusetts.

3.      BW Physicians owns one magnetic resonance imaging ("MRI") machine manufactured by General Electric Co. ("GE").   That machine has GE software.

4.      BW Physicians' employees also use the GE and Siemens machines owned by Brigham and Women's Hospital, Inc.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 15, 2012.

Stuart M. Hooton
Administrative Director, BW MRI

B4054655v1

3

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; and IMAGE-BASED SURGICENTER CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 12-11275-PBS |
| BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; BETH ISRAEL DEACONESS PHYSICIANS ORGANIZATION, INC.; CAREGROUP, INC.; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF KEVIN S. SCHLICKE

I, Kevin S. Schlicke, declare and state as follows:

1.      I am Vice President of Finance Operations for Partners HealthCare System, Inc. ("Partners").  I make this affidavit in support of the motion by defendant Partners and other defendants to stay this case.  I base this affidavit on my personal knowledge unless otherwise stated.

2.      Partners is a non-profit corporation organized under the laws of Massachusetts.

3.      Partners' affiliated entities, including Brigham and Women's Hospital, Brigham and Women's Physicians Organization, Massachusetts General Hospital, Newton Wellesley Hospital, Faulkner Hospital, McLean Hospital, North Shore Medical Center and Martha's Vineyard Hospital (collectively "Affiliated Entities"), purchase and/or lease MRI machines and related software through Partners and such Affiliated Entities pay for, own and operate such equipment.  Partners as an entity does not operate any MRI machines or related software.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 25, 2012.

_____
Kevin Schlicke
Vice President, Finance Operations, Partners

4

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; and IMAGE-BASED SURGICENTER CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE BRIGHAM AND WOMEN'S HOSPITAL, INC.; BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC.; PARTNERS HEALTHCARE SYSTEM, INC.; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Defendants. | Civil Action No. 12-11275-PBS |

## DECLARATION OF JAE LEE

I, Jae Lee, declare and state as follows:

1.      I am Executive Director of the Department of Radiology at Massachusetts General Hospital ("MGH") and I am responsible for the administration of the department.   I make this affidavit in support of the motion by defendant Partners HealthCare System, Inc. ("Partners") and other defendants to stay this case.   I base this affidavit on my personal knowledge unless otherwise stated.

2.      Massachusetts General Hospital owns six MRI machines manufactured by Siemens Medical Solutions USA, Inc., four MRI machines manufactured by General Electric Co. ("GE"), and one workstation manufactured by BrainLab, Inc. ("BrainLab").   The GE machines use GE software.   The BrainLab workstation uses BrainLab software.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

October 15, 2012.

Jae Lee, MBA
Executive Director, MGH Radiology

B4054647v1

5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; and IMAGE-BASED SURGICENTER CORPORATION, ) ) ) ) ) )<br><br>Plaintiffs, )<br> )<br>v. )<br> )<br>THE BRIGHAM AND WOMEN'S HOSPITAL, INC.; BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC.; PARTNERS HEALTHCARE SYSTEM, INC.; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, ) ) ) ) ) ) ) )<br><br>Defendants. )<br> ) | Civil Action No. 12-11275-PBS |

## DECLARATION OF BRIAN J. MCINTOSH

I, Brian J. McIntosh, declare and state as follows:

1.      I am Director of Radiology at Brigham and Women's Faulkner Hospital and have ultimate administrative responsibility over the MRI department. I make this affidavit in support of the motion by defendant Partners HealthCare System, Inc. ("Partners") and other defendants to stay this case. I base this affidavit on my personal knowledge unless otherwise stated.

2.      Brigham and Women's Faulkner Hospital leases one MRI machine manufactured by Siemens Medical Solutions USA, Inc. The Siemens machine uses Siemens software.

3.      I declare under penalty of perjury that the foregoing is true and correct. Executed on 10/19/2012.

Brian J. McIntosh
Director of Radiology

6

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; and IMAGE-BASED SURGICENTER CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE BRIGHAM AND WOMEN'S HOSPITAL, INC.; BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC.; PARTNERS HEALTHCARE SYSTEM, INC.; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 12-11275-RGS |

## DECLARATION OF JAMES J. FERRITER, JR.

I, James J. Ferriter, Jr., declare and state as follows:

1.      I am the interim Director of the Radiology Department at Martha's Vineyard Hospital, as well as the Director of Physician Services.   I make this affidavit in support of the motion by defendant Partners HealthCare System, Inc. ("Partners") and other defendants to stay this case.  I base this affidavit on my personal knowledge unless otherwise stated.

2.      Martha's Vineyard Hospital owns one MRI machine manufactured by General Electric Co. ("GE").  That machine uses GE software.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 22, 2012.

_____
James J. Ferriter, Jr.
Interim Director of Radiology

B4059249v1

7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; and IMAGE-BASED SURGICENTER CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> THE BRIGHAM AND WOMEN'S HOSPITAL, INC.; BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC.; PARTNERS HEALTHCARE SYSTEM, INC.; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendants. | Civil Action No. 12-11275-PBS |

**DECLARATION OF MICHAEL ROHAN**

I, Dr. Michael Rohan, declare and state as follows:

1.      I am an Imaging Physicist at McLean Hospital I am an expert in MRI technology and have been involved in the purchase of all MRI systems owned by Mclean Hospital, and also provide technical support for the MRI based research performed there.   I make this affidavit in support of the motion by defendant Partners HealthCare System, Inc. ("Partners") and other defendants to stay this case.   I base this affidavit on my personal knowledge unless otherwise stated.

2.      The McLean Hospital Corporation owns one MRI machine manufactured by General Electric Co. ("GE"), one MRI machine manufactured by Siemens Medical Solutions

USA, Inc., and two MRI machines manufactured by Agilent Technologies, Inc. ("Agilent").  The GE machine uses GE software.  The Agilent machines use software produced by Agilent.

3.     The Agilent systems are not used for the post-processing of acquired diffusion weighted image data, where the post-processing includes any steps that calculate diffusion related properties of tissue.

4.     I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 17, 2012.

Michael Rohan, PhD
Imaging Physicist, McLean Hospital

- 2 -

8

9

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; and IMAGE-BASED SURGICENTER CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE BRIGHAM AND WOMEN'S HOSPITAL, INC.; BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC.; PARTNERS HEALTHCARE SYSTEM, INC.; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Defendants. | Civil Action No. 12-11275-PBS |

## DECLARATION OF MARGARET HOUGHTON

I, Margaret Houghton, declare and state as follows:

1.     I am Administrative Director of Radiology and oversee all of Radiology at the North Shore Medical Center ("NSMC"). I make this affidavit in support of the motion by defendant Partners HealthCare System, Inc. ("Partners") and other defendants to stay this case. I base this affidavit on my personal knowledge unless otherwise stated.

2.     North Shore Medical Center owns two MRI machines manufactured by General Electric Co. ("GE") and one MRI machine manufactured by Siemens Medical Solutions USA, Inc. The GE machines use GE software. The GE and Siemens equipment configuration files on the MRI scanners at NSMC do not include diffusion tensor imaging and diffusion anisotropy based tractography

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 18, 2012.

_Margaret Houghton_
Margaret Houghton
Administrative Director of Radiology, NSMC

B4059081v1

10

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; and IMAGE-BASED SURGICENTER CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.; BETH ISRAEL DEACONESS PHYSICIANS ORGANIZATION, INC.; CAREGROUP, INC.; BETH ISRAEL DEACONESS MEDICAL CENTER AND CHILDREN'S HOSPITAL MEDICAL CARE CORPORATION; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Defendants. | Civil Action No. 12-11275-PBS |

## DECLARATION OF DAVID CONNOLLY

I, David Connolly, declare and state as follows:

1.      I am the Vice President of Finance for Partners Community Health, Inc. ("PCHI").  I am responsible for the financial operations of PCHI and I am familiar with its purchases and operations.   I make this affidavit in support of the motion by defendant Partners Healthcare System, Inc. ("Partners") and other defendants to stay this case.  I base this affidavit on my personal knowledge unless otherwise stated.

2.      PCHI is a non-profit corporation organized under the laws of Massachusetts.

- 1 -

3.      PCHI does not own or use any MRI machines or related software.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 19,

2012.


David Connolly
Vice President of Finance, PCHI

11

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BETH ISRAEL DEACONESS<br>MEDICAL CENTER, INC. *et al.*,<br><br>    Defendants. | Civil Action No. 12-11274-DPW |
| NEUROGRAFIX et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE BRIGHAM AND WOMEN'S<br>HOSPITAL, INC. *et al.*,<br><br>    Defendants. | Civil Action No. 12-11275-DPW |

## AFFIDAVIT OF KATHLEEN M. BUCKLEY

I, Kathleen M. Buckley, declare and state as follows:

1.    I am the Associate Provost for Science and Director of Academic Affairs for

Interdisciplinary Science.  My responsibilities encompass overseeing cross-University science

initiatives and serving as the liaison between the Office of the President and Provost and the

science-intensive research schools, including the Faculty of Arts and Sciences, the Harvard

School of Engineering and Applied Sciences, the Harvard Medical School, and the Harvard

School of Public Health.  I make this affidavit in support of the motion by defendant President

and Fellows of Harvard College ("Harvard") and other defendants to stay this case.  I have

personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.      Harvard is a charitable corporation established under the laws and Constitution of the Commonwealth of Massachusetts and is an educational institution located in Cambridge, Massachusetts.

3.      Harvard owns or licenses two magnetic resonance imaging ("MRI") machines, based on my review of Harvard records.  One MRI was manufactured by Siemens AG and is located at the Center for Brain Science, within Harvard University's Faculty of Arts and Sciences.  Harvard leases this machine from Siemens Medical Solutions USA, Inc.  The other machine is owned by Harvard and located at the Harvard Medical School's New England Primate Research Center and was manufactured by EchoMRI.  To the best of my knowledge, this machine does not perform diffusion tensor imaging, high-angular-resolution diffusion imaging or q-ball imaging; rather, the machine generates only numeric data and not images.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 2, 2012.

By:   _Kathleen M. Buckley_
Kathleen M. Buckley
Associate Provost for Science and
Director of Academic Affairs for
Interdisciplinary Science