UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; and IMAGE-BASED SURGICENTER CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE BRIGHAM AND WOMEN'S HOSPITAL, INC.; BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC.; PARTNERS HEALTHCARE SYSTEM, INC.; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Defendants. | Civil Action No. 12-11275-PBS |

## DECLARATION OF DANIEL Z. SILVERSTONE, M.D.

I, Daniel Z. Silverstone, M.D., declare and state as follows:

1. I am the Assistant Medical Director for MRI in the Department of Radiology at Newton Wellesley Hospital. I make this affidavit in support of the motion by defendant Partners HealthCare System, Inc. ("Partners") and other defendants to stay this case. I base this affidavit on my personal knowledge unless otherwise stated.

2. Newton-Wellesley Hospital owns one MRI machine manufactured by General Electric Co. ("GE") and one MRI machine manufactured by Siemens Medical Solutions USA, Inc. The GE machine uses GE software. The Siemens machine uses Siemens software.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

- 2 -

October 18, 2012.

                                                                            *[signature]*

Daniel Z. Silverstone, M.D

*Assistant Medical Director, MRI*
*Department of Radiology*
*Partners/Newton-Wellesley Hospital*
*Phone: 617-243-6162*
*Pager ID #51285*