UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; and IMAGE-BASED SURGICENTER CORPORATION, a California corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE BRIGHAM AND WOMEN'S HOSPITAL INC., a Massachusetts Corporation; BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC., a Massachusetts corporation; PARTNERS HEALTHCARE SYSTEM, INC., a Massachusetts corporation; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, a Massachusetts corporation,<br><br>    Defendants. | Civil Action No. 1:12-cv-11275-RGS |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION TO DEFENDANTS' MOTION TO STAY THIS
<u>CASE PENDING RESOLUTION OF RELATED MANUFACTURER CASES</u>**

  Plaintiffs Neurografix, Neurography Institute Medical Associates, Inc. and Image-Based Surgicenter Corporation hereby move for an extension of the time to file an opposition to Defendants' Motion to Stay This Case Pending Resolution of Related Manufacturer Cases by 3 weeks, from November 12, 2012 until November 30, 2012, due to depositions, discovery and motion practice in other matters. The defendants have assented to the relief requested in this motion.

Dated: November 7, 2012

Respectfully submitted,

NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., and IMAGE-BASED SURGICENTER CORPORATION,

By their attorneys,

*/s/ David S. Godkin*
David S. Godkin (BBO#196530)
Anne Marie Longobucco (BBO#649299)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
617-307-6100
godkin@birnbaumgodkin.com
longobucco@birnbaumgodkin.com

Marc A. Fenster (*Pro Hac Vice*)
Andrew D. Weiss (*Pro Hac Vice*)
Fredricka Ung *(Pro Hac Vice)*
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles CA 90025
310-826-7474
mfenster@raklaw.com
aweiss@raklaw.com
fung@raklaw.com

ASSENTED TO:

/s/ Philip C. Swain
Philip C. Swain
David e. Cole (BBO #658705)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
617-832-1000
pswain@foleyhoag.com
dcole@foleyhoag.com

## **CERTIFICATE PURSUANT TO L.R. 7.1**

I hereby certify that, on November 7, 2012, counsel for plaintiffs conferred by email with counsel for defendants regarding the relief requested in this motion and was informed that defendants assented.

/s/ David S. Godkin
David S. Godkin

## **CERTIFICATE OF SERVICE**

I, David S. Godkin, hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent those indicated as non-registered participants on the above date.

/s/ David S. Godkin
David S. Godkin