UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; and IMAGE-BASED SURGICENTER CORPORATION, a California corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE BRIGHAM AND WOMEN'S HOSPITAL INC., a Massachusetts Corporation; BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC., a Massachusetts corporation; PARTNERS HEALTHCARE SYSTEM, INC., a Massachusetts corporation; and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, a Massachusetts corporation,<br><br>    Defendants. | CIVIL ACTION No. 12-11275-RGS |

### **NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS RELATING TO THE USE OF PRODUCTS SOLD BY THE GENERAL ELECTRIC COMPANY**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Neurografix, Neurography Institute Medical Associates, Inc., and Image-Based Surgicenter Corporation, by and through their respective counsel, hereby dismiss with prejudice all claims relating to the use of products sold by the General Electric Company. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED this _____ day of December, 2012

_____
Hon. Richard G. Stearns
United States District Judge


Date:  December 20, 2012                     Respectfully submitted,

RUSS AUGUST & KABAT

*/s/ Marc A. Fenster*
Marc A. Fenster *(Pro Hac Vice)*
Andrew D. Weiss *(Pro Hac Vice)*
Fredricka Ung *(Pro Hac Vice)*
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310-826-7474
mfenster@raklaw.com
aweiss@raklaw.com
fung@raklaw.com


*/s/ David S. Godkin*\_\_\_\_\_
David S. Godkin
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
Tele: 617 307-6100
Fax:  617-307-6101
godkin@birnbaumgodkin.com

Attorneys for Plaintiffs Neurography Institute Medical Associates, Inc., Neurografix and Image-Based Surgicenter Corporation

**CERTIFICATE OF SERVICE**

  I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as unregistered participants on December 20, 2012.

                /s/ *Marc Fenster*
                Marc A. Fenster